Complaint Exhibit No. 2.

# U.S. Patent No. US7,650,376 v. AMC Networks
# Exemplary Claim of Infringement, Claim 37

Complaint Exhibit No. 2.

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [37.P] A computer readable storage medium or media encoded with one or more computer programs including instructions for effecting the provision of content over a network, comprising: | AMC Networks ("Company") makes, uses, sells, and/or offers to sell a computer-readable storage medium or media encoded with one or more computer programs including instructions for effecting the provision of content over a network,<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides the AMC+ application, a streaming platform ("computer-readable storage medium or media encoded with one or more computer programs"), that allows users to watch originals, series, movies, and live TV. Further, AMC+ operates as a virtual multichannel video programming distributor (v-MVPD) that provides on-demand video content over the internet ("effecting the provision of content over a network"). |

Complaint Exhibit No. 2.



Source: https://www.amcplus.com/faqs

Complaint Exhibit No. 2.



Source: https://play.google.com/store/apps/details?id=com.amcplus.amcfullepisodes&hl=en_US&gl=US

4

Complaint Exhibit No. 2.



Source: https://play.google.com/store/apps/details?id=com.amcplus.amcfullepisodes&hl=en_US&gl=US

Complaint Exhibit No. 2.

| | |
|---|---|
| | • AMC+ is available to subscribers through either ad-supported or commercial free plans through our DTC apps, as well as through MVPDs and virtual MVPDs, and digital streaming platforms such as Amazon Prime Video Channels, Apple TV Channels and The Roku Channel.<br>Source: https://investors.amcnetworks.com/node/14471/html<br><br>A Virtual Multichannel Video Programming Distributor (V-MVPD) can offer a broad range of premium video content as any other Cable MSO or a video service provider over the Internet, but without having to own any network infrastructure. Today, OTT players like<br><br>Source:    https://www.infosys.com/industries/communication-services/white-papers/documents/virtual-multichannel-video-programming.pdf, Page 2<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [37.1] instructions for receiving a request from a client for specified content; | Company provides instructions for receiving a request from a client for specified content.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the AMC+ application provides multiple content options for the user ("a client") such that the user selects and watches the desired content ("instructions for receiving a request from a client for specified content"). |

6

Complaint Exhibit No. 2.



Source: https://play.google.com/store/apps/details?id=com.amcplus.amcfullepisodes&hl=en_US&gl=US

Complaint Exhibit No. 2.



Source: https://play.google.com/store/apps/details?id=com.amcplus.amcfullepisodes&hl=en_US&gl=US

Complaint Exhibit No. 2.



Source: https://www.amcplus.com/pages/shows#get-amc-plus (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [37.2] instructions for communicating to the client the identity of a node server having the specified | Company provides instructions for communicating to the client the identity of a node server having the specified content stored thereon, thereby enabling the client to request transmission of the specified content from the node server. This element is infringed literally, or in the alternative, under the doctrine of equivalents. For example, when the user requests the desired content by selecting it, the AMC+ application processes the request to search within its network for the content/service providers ("a node server having the specified content stored thereon") such that the user accesses the content from the identified content/service providers. Since the requested content is presented to the user through the AMC+ application over the internet, upon information and belief, the application |

Complaint Exhibit No. 2.

| | |
|---|---|
| content stored thereon, thereby enabling the client to request transmission of the specified content from the node server; and | comprises instructions for communicating to the users the identity of the content providers, thereby enabling the user to request transmission of the specified content from the content providers.<br><br><br><br>Source: https://www.amcplus.com/pages/shows#get-amc-plus (annotated)<br><br>• Service providers. We engage service providers to assist us in providing the Services and conducting other business operations. For example we may use service providers to store our digital Content, deliver marketing communications, personalize and optimize the Services, analyze data about users' interactions with our services, administer and process surveys or other research, process transactions, or to collect debts.<br>Source: https://www.amcnetworks.com/privacy-policy/ |

10

Complaint Exhibit No. 2.



Complaint Exhibit No. 2.

| | |
|---|---|
| | **How does a Virtual-MVPD work?**<br><br>A Virtual MVPD operates in the same way as an MSO by acting as a content service provider, without any constraints of directly owning the network infrastructure for content delivery. They<br><br>1. **Sign up content distribution agreement with multiple providers.**<br>2. **Host the content for streaming via 3rd party internet.**<br>3. Provide a streaming device at the customer premise to receive the content securely. Some of them pre-integrate this with TV manufacturers.<br>4. Stream the content through customer's choice of broadband provider.<br>5. Bill the customer on a subscription/ transaction basis for the content<br><br>Source:   https://www.infosys.com/industries/communication-services/white-papers/documents/virtual-multichannel-video-programming.pdf, Page 3<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

12

Complaint Exhibit No. 2.

| | |
|---|---|
| [37.3] instructions for ascertaining that the node server transmitted the specified content to the client, wherein an owner of the node server is offered an incentive as compensation for transmission of the specified content to the client. | Company provides instructions for ascertaining that the node server transmitted the specified content to the client, wherein an owner of the node server is offered an incentive as compensation for the transmission of the specified content to the client.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the user selects the content, the application identifies the content/service provider and securely delivers the requested content to the user. Therefore, it would be apparent to a person having ordinary skill in the art that the application includes instructions for ascertaining that the content providers transmitted the specified content to the user.<br><br>Further, the application provides multiple subscription plans for the user to access the content provided in the application such that the user is billed for accessing the content. Therefore, it would be apparent to a person having ordinary skill in the art that the AMC+ application ("an owner of the node server") receives an incentive as compensation for transmitting the specified content to the client. |

Complaint Exhibit No. 2.

> **How does a Virtual-MVPD work?**
>
> A Virtual MVPD operates in the same way as an MSO by acting as a content service provider, without any constraints of directly owning the network infrastructure for content delivery. They
>
> 1. Sign up content distribution agreement with multiple providers.
> 2. Host the content for streaming via 3rd party internet.
> 3. **Provide a streaming device at the customer premise to receive the content securely. Some of them pre-integrate this with TV manufacturers.**
> 4. **Stream the content through customer's choice of broadband provider.**
> 5. **Bill the customer on a subscription/ transaction basis for the content**
>
> Source: https://www.infosys.com/industries/communication-services/white-papers/documents/virtual-multichannel-video-programming.pdf, Page 3

Complaint Exhibit No. 2.



Complaint Exhibit No. 2.

## 2. List of References

1. https://www.amcplus.com/faqs, last accessed on May 17, 2024.
2. https://play.google.com/store/apps/details?id=com.amcplus.amcfullepisodes&hl=en_US&gl=US , last accessed on May 17, 2024.
3. https://investors.amcnetworks.com/node/14471/html, last accessed on May 17, 2024.
4. https://www.infosys.com/industries/communication-services/white-papers/documents/virtual-multichannel-video-programming.pdf, last accessed on May 17, 2024.
5. https://www.amcplus.com/pages/shows#get-amc-plus, last accessed on May 17, 2024.
6. https://www.amcnetworks.com/privacy-policy/, last accessed on May 17, 2024.
7. https://support.amcplus.com/en/support/solutions/articles/11000094816-how-much-does-amc-cost-, last accessed on May 17, 2024.