JS 44C/SDNY
REV. 05/28/2024

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                          DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)       ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No [ ] Yes [ ]  _____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol. [ ]  Invol. [ ]   Dismissed.  No [ ]   Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?        No [ ]     Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                **NATURE OF SUIT**

                                            TORTS                                                                ACTIONS UNDER STATUTES

**CONTRACT**              **PERSONAL INJURY**         **PERSONAL INJURY/**           **FORFEITURE/PENALTY**   **BANKRUPTCY**               **OTHER STATUTES**

[ ] 110  INSURANCE        [ ] 310 AIRPLANE            [ ] 367 HEALTHCARE/            [ ] 625 DRUG RELATED     [ ] 422 APPEAL               [ ] 375 FALSE CLAIMS
[ ] 120  MARINE           [ ] 315 AIRPLANE PRODUCT        PHARMACEUTICAL PERSONAL        SEIZURE OF PROPERTY       28 USC 158              [ ] 376 QUI TAM
[ ] 130  MILLER ACT               LIABILITY               INJURY/PRODUCT LIABILITY       21 USC 881           [ ] 423 WITHDRAWAL           [ ] 400 STATE
[ ] 140  NEGOTIABLE       [ ] 320 ASSAULT, LIBEL &    [ ] 365 PERSONAL INJURY         [ ] 690 OTHER                  28 USC 157                    REAPPORTIONMENT
         INSTRUMENT               SLANDER                  PRODUCT LIABILITY                                                                [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF      [ ] 330 FEDERAL             [ ] 368 ASBESTOS PERSONAL                               **PROPERTY RIGHTS**          [ ] 430 BANKS & BANKING
         OVERPAYMENT &            EMPLOYERS'                  INJURY PRODUCT                                                               [ ] 450 COMMERCE
         ENFORCEMENT              LIABILITY                   LIABILITY                                       [ ] 820 COPYRIGHTS   [ ] 880 DEFEND TRADE SECRETS ACT
         OF JUDGMENT      [ ] 340 MARINE                                                                      [ ] 830 PATENT               [ ] 460 DEPORTATION
[ ] 151  MEDICARE ACT     [ ] 345 MARINE PRODUCT      **PERSONAL PROPERTY**                                   [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION   [ ] 470 RACKETEER INFLU-
[ ] 152  RECOVERY OF              LIABILITY           [ ] 370 OTHER FRAUD                                     [ ] 840 TRADEMARK                    ENCED & CORRUPT
         DEFAULTED        [ ] 350 MOTOR VEHICLE       [ ] 371 TRUTH IN LENDING                                                                     ORGANIZATION ACT
         STUDENT LOANS    [ ] 355 MOTOR VEHICLE                                                               **SOCIAL SECURITY**                   (RICO)
         (EXCL VETERANS)          PRODUCT LIABILITY                                                                                        [ ] 480 CONSUMER CREDIT
[ ] 153  RECOVERY OF      [ ] 360 OTHER PERSONAL      [ ] 380 OTHER PERSONAL          **LABOR**               [ ] 861 HIA (1395ff)         [ ] 485 TELEPHONE CONSUMER
         OVERPAYMENT              INJURY                      PROPERTY DAMAGE                                 [ ] 862 BLACK LUNG (923)             PROTECTION ACT
         OF VETERAN'S     [ ] 362 PERSONAL INJURY -   [ ] 385 PROPERTY DAMAGE         [ ] 710 FAIR LABOR      [ ] 863 DIWC/DIWW (405(g))
         BENEFITS                 MED MALPRACTICE             PRODUCT LIABILITY              STANDARDS ACT    [ ] 864 SSID TITLE XVI       [ ] 490 CABLE/SATELLITE TV
[ ] 160  STOCKHOLDERS                                                                 [ ] 720 LABOR/MGMT      [ ] 865 RSI (405(g))         [ ] 850 SECURITIES/
         SUITS                                        **PRISONER PETITIONS**                 RELATIONS                                             COMMODITIES/
[ ] 190  OTHER                                        [ ] 463 ALIEN DETAINEE          [ ] 740 RAILWAY LABOR ACT                                    EXCHANGE
         CONTRACT                                     [ ] 510 MOTIONS TO              [ ] 751 FAMILY MEDICAL  **FEDERAL TAX SUITS**        [ ] 890 OTHER STATUTORY
[ ] 195  CONTRACT         **ACTIONS UNDER STATUTES**          VACATE SENTENCE            LEAVE ACT (FMLA)                                         ACTIONS
         PRODUCT                                              28 USC 2255                                     [ ] 870 TAXES (U.S. Plaintiff or   [ ] 891 AGRICULTURAL ACTS
         LIABILITY        **CIVIL RIGHTS**            [ ] 530 HABEAS CORPUS           [ ] 790 OTHER LABOR             Defendant)
[ ] 196  FRANCHISE                                    [ ] 535 DEATH PENALTY                   LITIGATION      [ ] 871 IRS-THIRD PARTY      [ ] 893 ENVIRONMENTAL
                          [ ] 440  OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER        [ ] 791 EMPL RET INC             26 USC 7609                 MATTERS
                                   (Non-Prisoner)                                             SECURITY ACT (ERISA)                         [ ] 895 FREEDOM OF
**REAL PROPERTY**         [ ] 441 VOTING                                                                                                           INFORMATION ACT
                          [ ] 442 EMPLOYMENT                                          **IMMIGRATION**                                      [ ] 896 ARBITRATION
[ ] 210  LAND             [ ] 443 HOUSING/            **PRISONER CIVIL RIGHTS**                                                            [ ] 899 ADMINISTRATIVE
         CONDEMNATION             ACCOMMODATIONS                                      [ ] 462 NATURALIZATION                                       PROCEDURE ACT/REVIEW OR
[ ] 220  FORECLOSURE      [ ] 445 AMERICANS WITH      [ ] 550 CIVIL RIGHTS                    APPLICATION                                          APPEAL OF AGENCY DECISION
[ ] 230  RENT LEASE &             DISABILITIES -      [ ] 555 PRISON CONDITION        [ ] 465 OTHER IMMIGRATION
         EJECTMENT                EMPLOYMENT          [ ] 560 CIVIL DETAINEE                  ACTIONS                                      [ ] 950 CONSTITUTIONALITY OF
[ ] 240  TORTS TO LAND    [ ] 446  AMERICANS WITH             CONDITIONS OF CONFINEMENT                                                            STATE STATUTES
[ ] 245  TORT PRODUCT             DISABILITIES -OTHER
         LIABILITY        [ ] 448 EDUCATION
[ ] 290  ALL OTHER
         REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DEMAND $_____  OTHER _____

Check YES only if demanded in complaint
JURY DEMAND:   YES [ ]   NO [ ]

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____   DOCKET NUMBER _____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding  
☐ 2 Removed from State Court  
    ☐ a. all parties represented  
    ☐ b. At least one party is pro se.  
☐ 3 Remanded from Appellate Court  
☐ 4 Reinstated or Reopened  
☐ 5 Transferred from (Specify District)  
☐ 6 Multidistrict Litigation (Transferred)  
☐ 7 Appeal to District Judge from Magistrate Judge  
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION**     *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

1 U.S. PLAINTIFF    2 U.S. DEFENDANT    3 FEDERAL QUESTION (U.S. NOT A PARTY)    4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN  
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE _____  
SIGNATURE OF ATTORNEY OF RECORD  
ADMITTED TO PRACTICE IN THIS DISTRICT  
[ ] NO  
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)  
RECEIPT # _____  
Attorney Bar Code # _____

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)