David A. Ward
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
732-852-7500
Attorneys for Plaintiff
  Dward@klugerhealey.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC,<br><br>*Plaintiff*,<br>v.<br><br>AMC NETWORKS, INC.,<br><br>*Defendant*. | CIV. NO.   24-4745<br><br><br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff states that it is 100% owned by Patent Asset Management, LLC.

Dated: June 21, 2024                    Respectfully submitted,
                                        **KLUGER HEALEY, LLC**
                                        521 N‍ewman S‍prings R‍oad, S‍uite 23
                                        L‍incroft, NJ  07738
                                        Tel:    (973) 307-0800
                                        Fax:    (888) 635-1653
                                        dward@klugerhealey.com


                                        By:  /s David A. Ward
                                             DAVID A. WARD