**Kluger Healey, LLC**
Attorneys at Law

DAVID A. WARD
dward@klugerhealey.com
Admitted in NJ and NY

521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
P: (732) 852-7500
F: (888) 635-1653
www.klugerhealey.com

June 29, 2024

<u>*Via ECF*</u>
Hon. Gregory H. Woods, USDJ
United States District Court
Southern District of New York
500 Pearl Street. Courtroom 12C
New York, NY 10007

   Re: *Quantum Technology Innovations, LLC v. AMC Networks, Inc*.,
     24-cv-04745-GHW
     **Letter Re Potentially Related Cases**

Your Honor:

 We represent Plaintiff Quantum Technology Innovations, LLC in the above matter. Pursuant to Local Civil Rule 1.6, Plaintiff identifies as potentially related cases the following matters (wherein the same patent is asserted):

 *Quantum Technology Innovations, LLC v. Pandora Media, LLC, 24-cv-01102-DLC;*

 *Quantum Technology Innovations, LLC v. Showtime Networks, Inc*., et al., 24cv1103 (MMG);

 *Quantum Technology Innovations, LLC v. BroadwayHD, LLC*,  24-cv-04679-ALC;

 *Quantum Technology Innovations, LLC v. Warner Bros. Discovery, Inc*.; 24-cv-04750-AKH.

       Respectfully yours,

       */s/ David A. Ward*
       DAVID A. WARD

---

**Montclair, NJ**    **New York, NY**    **Philadelphia, PA**