```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    24cv1102 (DLC)
QUANTUM TECHNOLOGY INNOVATIONS, LLC,  :    24cv1103 (DLC)
                                      :    24cv4745 (DLC)
                         Plaintiff,   :    24cv4750 (DLC)
             -v-                      :    24cv4679 (DLC)
                                      :
PANDORA MEDIA, LLC,                   :         ORDER
                                      :
                         Defendant.   :
                                      :
------------------------------------- X
                                      :
QUANTUM TECHNOLOGY INNOVATIONS, LLC,  :
                                      :
                         Plaintiff,   :
             -v-                      :
                                      :
SHOWTIME NETWORKS, INC., et al.,      :
                                      :
                         Defendants.  :
                                      :
------------------------------------- X
                                      :
QUANTUM TECHNOLOGY INNOVATIONS, LLC,  :
                                      :
                         Plaintiff,   :
             -v-                      :
                                      :
AMC NETWORKS, INC.                    :
                                      :
                         Defendant.   :
                                      :
------------------------------------- X
                                      :
QUANTUM TECHNOLOGY INNOVATIONS, LLC,  :
                                      :
                         Plaintiff,   :
             -v-                      :
                                      :
WARNER BROS. DISCOVERY, INC.,         :
                                      :
                         Defendant.   :
                                      :
------------------------------------- X
```

```
                                        :
QUANTUM TECHNOLOGY INNOVATIONS, LLC,     :
                                        :
                        Plaintiff,       :
            -v-                          :
                                        :
BROADWAY HD, LLC.                        :
                                        :
                        Defendant.       :
                                        :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of July 11, 2024 directed the parties to show cause by July 17 why the above actions should not be consolidated and why motion practice should not be stayed in 24cv1103, 24cv4745, 24cv4750, 24cv4679. A letter of July 17 indicated that the plaintiff does not object to consolidation, and that it consented to an extension of the deadline for defendant AMC Networks, Inc. ("AMC") to respond to the complaint. There has been no opposition to consolidating the actions or staying motion practice. Accordingly, it is hereby

ORDERED that AMC shall respond to the complaint in 24cv4745 by July 31, 2024.

IT IS FURTHER ORDERED that motion practice in cases 24cv1103, 24cv4745, 24cv4750, and 24cv4679 is stayed pending resolution of motion practice in 24cv1102.

IT IS FURTHER ORDERED that cases 24cv1102, 24cv1103, 24cv4745, 24cv4750, and 24cv4679 are consolidated for purposes of pretrial

case management, and shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE QUANTUM TECHNOLOGY INNOVATIONS LLC PATENT LITIGATION | 24cv1102 (DLC)<br>24cv1103 (DLC)<br>24cv4745 (DLC)<br>24cv4750 (DLC)<br>24cv4679 (DLC) |
|---|---|

Dated:   New York, New York
         July 18, 2024

                                           _____
                                               DENISE COTE
                                     United States District Judge