David A. Ward
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
732-852-7500
Attorneys for Plaintiff
  Dward@klugerhealey.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC,<br><br>*Plaintiff*,<br>v.<br><br>AMC NETWORKS, INC.,<br><br>*Defendant*. | CIV. NO.   24-4745<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses this action, with prejudice.

Dated: August 8, 2024

                                         Respectfully submitted,
                                         **KLUGER HEALEY, LLC**
                                         521 NEWMAN SPRINGS ROAD, SUITE 23
                                         LINCROFT, NJ  07738
                                         Tel:    (973) 307-0800
                                         Fax:   (888) 635-1653
                                         dward@klugerhealey.com

                                       By:  /s David A. Ward
                                             DAVID A. WARD